

FILED

11/23/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0465

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## No. DA 20-0465

SIEBEN RANCH COMPANY,   )
                        )
Plaintiff and Appellee, )
                        )
    v.                  )    ORDER
                        )
RANDALL G. ADAMS, a/k/a )
RANDY ADAMS, a/k/a RAY  )
ADAMS; and LEE McDonald, )
                        )
Defendants and Appellants. )
_____   )

Defendant and Appellant pursuant to rule 26(1), M.R.App.P., moves for an extension of time in which to file and serve his opening brief in this matter and there being no objection from Plaintiff and Appellee;

IT IS HEREBY ORDERED that the Defendant and Appellant is granted an extension of time until January 4, 2021, in which to file and serve his opening brief in this matter.

The Clerk is directed to mail true copies of this order to all counsel of record.

DATED this _23_ day of November, 2020.

By_____